FILED
2017 May-25  AM 10:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **BEONKA TURNER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Case No.: 4:17-CV-0651-VEH** |
| | ) |
| **CITY OF GADSDEN, BRIAN** | ) |
| **HARBISON, and JOHN CRANE,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER DISMISSING CASE WITH PREJUDICE

Plaintiff has filed a Notice of Dismissal of Action With Prejudice. (Doc. 8). The Notice states, and a review of the Court's file reveals, that Defendants have not filed an answer or motion for summary judgment.

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure states that ". . . the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

As the Plaintiff specified in the notice that the dismissal was to be with prejudice, this action is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** and **ORDERED** this the 25th day of May, 2017.

　　　　　　　　　　　　　　　　　　／s／ Virginia Emerson Hopkins
　　　　　　　　　　　　　　　　　　**VIRGINIA EMERSON HOPKINS**
　　　　　　　　　　　　　　　　　　United States District Judge